TRINA A. HIGGINS, United States Attorney (#7349)
CAMERON P. WARNER, Assistant United States Attorney (#14364)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00733 DBP |
|---|---|
| Plaintiff, | |
| vs. | FELONY COMPLAINT |
| | COUNT 1 |
| BRYAN GUADALUPE DIAZ-LOPEZ, | Violation of 21 U.S.C. § 841(a)(1) (Possession of Fentanyl with Intent to Distribute) |
| Defendant. | |
| | Chief Magistrate Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, United States Chief Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about July 19, 2024, in the District of Utah,

BRYAN GUADALUPE DIAZ-LOPEZ,

1

the defendant herein, did knowingly and intentionally possess with intent to distribute fentanyl, a Schedule II controlled substance; in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, Aaron Nelson, being duly sworn, hereby states the following:

1. I, Aaron Nelson, am an agent with Homeland Security Investigations (HIS). I am currently assigned to the HSI Salt Lake City, Utah Office. I am familiar with the facts and circumstances alleged in this Complaint.

**PROBABLE CAUSE**

2. On July 19, 2024, Homeland Security Investigations (HSI) agents working with full-time task force officers (TFO) from Utah State Bureau of Investigations (SBI), conducted an operation to encounter BRYAN GUADALUPE DIAZ-LOPEZ. The operation involved a planned controlled transaction between DIAZ-LOPEZ and a confidential informant for the purchase of twenty thousand (20,000) fentanyl pills in the parking lot of a Taylorsville liquor store.

3. While law enforcement were conducting surveillance at the liquor store a silver KIA Optima was observed driving through the parking lot slowly. The driver of the KIA looked at all of the other vehicles as he drove through the lot. He then circled the building and returned to the parking lot where he parked near the staged SBI vehicle. The target of the operation (later identified as LOPEZ-DIAZ) had been advised that the SBI vehicle was the confidential informant with whom the target was to meet.

4.      The driver of the KIA was observed looking at the SBI vehicle when the confidential informant received a text message stating that the target had arrived. Law enforcement converged on the KIA at that time and prevented it from leaving the scene. Law enforcement exited their vehicles and directed the driver to exit the KIA. The driver was then taken into custody without incident and identified as LOPEZ-DIAZ.

5.      The KIA was then secured to ensure no other occupants were inside of it. In the back seat of the vehicle there was a black duffle bag which contained four gallon plastic baggies. Inside of the plastic baggies law enforcement found approximately 3.83 kilograms of suspected fentanyl pills.

6.      After being advised of his constitutional rights, DIAZ-LOPEZ told HSI agents that he had a significant amount of fentanyl pills in his hotel room and provided written consent to retrieve the narcotics in the hotel room. Agents searched the room and found several thousand additional suspected fentanyl pills.

7.      The total approximate weight of suspected fentanyl pills between the KIA and hotel room was twenty-three kilograms (23). An NIK field test confirmed the pills to be fentanyl. Based on my training and experience this amount of fentanyl is consistent with distribution.

8.      Agents also recovered over 500 grams of suspected methamphetamine, 34 grams of suspected heroin, and 76 grams of suspected cocaine.

9. HSI agents were present to assist in the arrest and interview of DIAZ-LOPEZ. During the interview, DIAZ-LOPEZ admitted that he distributes narcotics in the Salt Lake Valley.

10. Based on the foregoing information, I respectfully request that a warrant of arrest be issued for BRYAN GUADALUPE DIAZ-LOPEZ for a violation of 21 U.S.C. § 841(a)(1). I swear the information contained in this affidavit is true and correct to the best of my knowledge, information, and belief.

*/s/ Aaron Nelson*
Affiant,
Special Agent Aaron Nelson
Homeland Security Investigations

SUBSCRIBED AND SWORN to before me this 22nd day of July, 2024.

Dustin B. Pead
Chief United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

*/s/ Cameron P. Warner*
Cameron P. Warner
Assistant United States Attorney